# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-253-FDW

| | |
|---|---|
| CHARLES EVERETTE HINTON, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| W. ROBERT BELL, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its June 3, 2019 Notice of Deficiency and its July 29, 2019, Order requiring Plaintiff to notify the Court of his present address and comply with the Notice of Deficiency. (Doc. Nos. 2, 5). The Court warned Plaintiff that failing to comply with these Orders would result in this case's dismissal without prejudice. (Doc. Nos. 2, 5). Plaintiff has failed to file an application to proceed *in forma pauperis*, pay the filing fee, or notify the Court of his current address, and the time to do so has expired. This action will be dismissed without prejudice for failing to comply with Court Orders.

**IT IS, THEREFORE, ORDERED that:**

(1) This action is dismissed without prejudice for Plaintiff's failure to comply with this Court's Orders dated June 3, 2019 and July 29, 2019.

(2) The Clerk of this Court is directed to terminate this action.

Signed: August 13, 2019

_____
Frank D. Whitney
Chief United States District Judge